IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ANTHONY COOPER<br>MELISSA NICOLE COOPER,<br><br>Appellants,<br><br>vs<br><br>JOSEPH A. BLEDSOE, III<br><br>Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:15-cv-00158-H |

## ORDER GRANTING MOTION TO DISMISS APPEAL

This matter coming before the Court on the Motion to Dismiss Appeal filed June 29, 2015, by Appellants Phillip Anthony Cooper and Melissa Nicole Cooper, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure; and

This Court finds that the Motion to Dismiss Appeal should be granted in light of the recent decision by the Supreme Court of the United States in *Bullard v. Blue Hills Bank*, 135 S. Ct. 1686 (2015).

NOW, THEREFORE, IT IS HEREBY ORDERED that the Appeal is dismissed, and the parties shall bear their own costs.

So ordered this 9th day of July 2015.

Malcolm J. Howard
Senior United States District Judge